

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-23-00228-CR

EX PARTE JESUS HERNANDEZ-TERAN

On Appeal from the County Court
Kinney County, Texas[1]
Trial Court No. 13881CR, Honorable Susan Dolan Reed, Presiding

January 31, 2025

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Jesus Hernandez-Teran, appeals from the trial court's *Order on Application for Writ of Habeas Corpus*. Pending before this Court is Appellant's motion to voluntarily dismiss the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.2(a). As no decision of the Court has been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.

---

[1] Originally appealed to the Fourth Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.